**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  SONIA RAMIREZ,

    Defendant.

---

**MINUTE ORDER**

---

    At the oral request of the parties, the change of plea hearing previously set for February 4, 2011, is **VACATED** and is **RESET** to **November 17, 2010**, at 1:30 p.m. This is a joint change of plea with Criminal Case No. 10-cr-00134-REB-02, *USA v. Garzee*.

    Dated:  November 2, 2010