**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  SONIA RAMIREZ,

    Defendant.

---

**MINUTE ORDER**[1]

---

    At the oral request of the parties, the change of plea hearing previously set for November 22, 2010, is **VACATED** and is **CONTINUED** to **November 24, 2010**, at 9:00 a.m.

    Dated: November 18, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.