**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

8.  SONIA RAMIREZ,

     Defendant.

---

**MINUTE ORDER**[1]

---

On February 15, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **June 3, 2011**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter.

Dated: February 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.