**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                  May 18, 2012

Courtroom Deputy:  Nel Steffens
Court Reporter:       Tracy Weir
Probation Officer:    Veronica Ramirez

**Criminal Action No.  10-cr-00252-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,               Michele Korver

    Plaintiff,

v.

8.  SONIA RAMIREZ,                              Charles Elliott

    Defendant.

**SENTENCING MINUTES**

**10:11 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and two addenda.

Counsel for the government confirms that counsel has read the presentence report and addenda.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addenda with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.  Mr. Elliott tenders two reference letters to the court.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.  Ms. Korver orally moves to dismiss with prejudice Count 1 of the Indictment as to this defendant only.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:

    - the **United States § 5K1.1 Motion for Downward Departure Based on Substantial Assistance** [#383] filed May 4, 2012, is **GRANTED**;

    - the government's oral motion to dismiss with prejudice Count 1 of the Indictment as to this defendant only is **GRANTED**; that accordingly Count 1 of the Indictment is **DISMISSED** as to this defendant only;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 2 of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **time served**;

5. That the defendant shall be placed on supervised release for a term of **two (2) years** to commence immediately;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

- all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test within fifteen (15) days of the entry of formal judgment in this case as directed by her probation officer, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    - that at defendant's expense, the defendant shall, unless then indigent, undergo a mental health evaluation and an alcohol/substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the

>    >    treatment, therapy, counseling, testing, or education of the defendant;
>
>    - that at defendant's expense, the defendant shall be placed on home detention for a period of **eight (8) months**; that during this time, the defendant shall cooperate fully with her probation officer in establishing, implementing, and maintaining electronic surveillance during this term of home detention; that the defendant shall maintain a residence as required by her probation officer and a telephone system that will facilitate the technology necessary by the probation department to monitor her while on in-home detention;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That an order and judgment of forfeiture shall be entered pursuant to the Plea Agreement of the parties, the admission by the defendant of the forfeiture allegations in the Indictment, and under Fed. R. Crim. P. 32.2(b)(3) and the provisions of 21 U.S.C. §§ 853 and 881; and

10. That at the conclusion of this hearing, the defendant and her counsel shall confer with the probation officer present in court, Ms. Veronica Ramirez, to schedule an appointment for the defendant to read, review, sign, and execute the written conditions of her supervised release as imposed and ordered by this court.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

Court directs courtroom deputy clerk to return the reference letters to Mr. Elliott. Courtroom deputy clerk delivers same.

**10:40 a.m.   Court in recess.**

Total time in court:   00:29

Hearing concluded.