**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE Robert E. Blackburn**

Criminal Action No.  10-cr-00252-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Sonia Ramirez,

      Defendant.

## ORDER EXONERATING BOND

**Blackburn, J.**

      This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to time served and placed on supervised release.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

      Dated May 30, 2012, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge